UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIM. CASE NO:
MJ04-M-239:001 JLA

ROLANDO RIVERA
    Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On November 9, 2004, the defendant in the above-entitled action appeared before this on a criminal complaint charging violations of 21 U.S.C. §§846 and 841(a)(1), conspiracy to distribute , and possession with intent to distribute heroin.  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney Timothy Watkins of the Federal Defender Office for the District of Massachusetts be appointed, effective as of  November 9, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

BY THE COURT:
/S/ Rex Brown
Courtroom Clerk

November 9, 2004
Date